**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

In Re: A. H. ROBINS COMPANY,
INCORPORATED,
<u>Debtor.</u>

DEBBIE KING; VALERIA GRIFFIN;

No. 98-1395

SYLVIA JOHNSON,
<u>Claimants-Appellants,</u>

v.

DALKON SHIELD CLAIMANTS TRUST,
<u>Trust-Appellee.</u>

Appeal from the United States District Court
for the Eastern District of Virginia, at Richmond.
Robert R. Merhige, Jr., Senior District Judge;
Blackwell N. Shelley, Bankruptcy Judge.
(CA-85-1307-R)

Argued: June 4, 1998

Decided: August 17, 1998

Before WIDENER, HAMILTON, and MICHAEL, Circuit Judges.

_____

Reversed by unpublished per curiam opinion.

_____

**COUNSEL**

**ARGUED:** James Francis Szaller, BROWN & SZALLER, CO.,
L.P.A., Cleveland, Ohio, for Appellants. Orran Lee Brown, Sr., Rich-
mond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

The claimants in this case have chosen binding arbitration under
the Claims Resolution Facility in effect in this case. They say that
their injuries are listed in Exhibit A to the Claims Resolution Facility,
and if their injuries are so listed, the question is, should the presump-
tion we decided to give effect in Reichel v. Dalkon Shield Claimants
Trust, 109 F.3d 965 (4th Cir. 1997), apply?

We are of opinion that the presumption does apply in this case in
binding arbitration.

The order of the district court appealed from is accordingly

REVERSED.